UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, | No. 2:23-cv-02986-CKD |
| Plaintiff, | |
| v. | ORDER |
| BURATOVICH, | |
| Defendant. | |

Plaintiff appears pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 14, 2024, defendant filed a motion to revoke plaintiff's in forma pauperis status. ECF No. 20. To date, plaintiff has not filed an opposition to the motion. Also pending before the court is defendant Buratovich's motion to stay proceedings and to reset the deadlines governing this case, as necessary, following resolution of the pending motion to revoke in forma pauperis status. ECF No. 21. For good cause shown, the court will grant defendant's motion to stay and will provide plaintiff one last opportunity to file an opposition to the motion to revoke his in forma pauperis status.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to stay discovery and vacate all deadlines (ECF No. 21) is granted. The discovery and dispositive motion deadlines are vacated and shall be reset, as necessary, upon resolution of defendant's motion to revoke plaintiff's in forma pauperis status.

1

2. Plaintiff shall file an opposition or statement of non-opposition to the motion to revoke his in forma pauperis status within 30 days from the date of this order. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  September 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/tufo2986.stay+46osc