UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>             Plaintiff,<br><br>      v.<br><br>BURATOVICH,<br><br>             Defendant. | No. 2:23-cv-02986-CKD-P<br><br><br>ORDER |

On August 14, 2024, defendant Buratovich filed a motion to revoke plaintiff's in forma pauperis status.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a response to the motion to revoke his in forma pauperis status.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/tufo2986.46.osc

1