UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>        Plaintiff,<br><br>    v.<br><br>BURATOVICH,<br><br>        Defendant. | No.  2:23-cv-02986-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 20, 24) |

Plaintiff Arvello L. Tufono is a former county inmate appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to comply with a court order and Local Rule 183(b). (Doc. No. 24.) Specifically, Plaintiff failed to comply with the court's order dated November 5, 2024, in which Plaintiff was directed to file a response to Defendant's pending motion to revoke Plaintiff's *in forma pauperis* status. (*See* Doc. No. 23.) Plaintiff has not filed a response to Defendant's pending motion or otherwise responded to the court. In addition, on November 12, 2024, the service copy of a court order that was mailed to Plaintiff at his address of record was returned to the court marked "Undeliverable, NIC." Thus, pursuant to Local Rule 183(b), Plaintiff was required to file a notice of his change of address with

1

the court no later than December 12, 2024, and he has not done so.

Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 24 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 23, 2025 (Doc. No. 24) are ADOPTED in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to comply with a court order and Local Rule 183(b);
3. Defendants' pending motion to revoke Plaintiff's *in forma pauperis* status (Doc. No. 20) is DENIED as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 13, 2025**

Dena Coggins
United States District Judge

2