1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ARVELLO L. TUFONO,                         No. 2:23-cv-02986-DC-CKD (PC)

12                    Plaintiff,

13           v.                                   ORDER DENYING PLAINTIFF'S MOTION
                                                  TO REOPEN THIS CASE
14    BURATOVICH,
                                                  (Doc. No. 28)
15                    Defendant.

16

17           This matter is before the court on Plaintiff's motion to reopen this case, which was

18    dismissed and closed due to Plaintiff's failure to comply with the court's order and with Local

19    Rule 183(b). (Doc. Nos. 25, 28.) Plaintiff also filed the identical motion to reopen in another case

20    in this district that had likewise been dismissed and closed for those same reasons, and that

21    motion to reopen was denied. *Tufono v. York*, 2:24-cv-00164-TLN-CKD, Order, Doc. No. 33

22    (E.D. Cal. July 10, 2025). The court incorporates by reference the analysis set forth in the July 10,

23    2025 order in *Tufono v. York* denying Plaintiff's motion to reopen, and for the same reasons, will

24    deny Plaintiff's identical motion to reopen this closed case.

25           Accordingly,

26           1.      Plaintiff's motion to reopen (Doc. No. 28) is DENIED; and

27    /////

28    /////

                                                    1

2.      This case shall remain closed.


IT IS SO ORDERED.

Dated:    **December 28, 2025**

Dena Coggins
United States District Judge